**RECEIVED**

DEC 2 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

5:05CV1019

Baton Rouge La 70804 U.S.
postage Mail this 21 day OF
December 2005.

John Plaintiff

## ORDER

Considering this motion
For Sonction it is hereby Granted
And _____ and _____
_____ 200___

Magistrate Hornsby

Denied. The motion in
question was electronically
signed and filed.

3

NJH
12-28-05