RECEIVED
JAN 3 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN POULLARD (DOC# 98999) | : | CIVIL ACTION |
| | : | NUMBER: 05-1019-P |
| VERSUS | : | JUDGE STAGG |
| KATHLEEN BLANCO, ET AL | : | MAGISTRATE JUDGE HORNSBY |

## ORDER

**CONSIDERING THE FOREGOING** Motion to Stay Proceedings or in the Alternative Motion for Extension of Time filed by defendants Kathleen Blanco, Patty Whittington, Julie Lafargue, Richard Staler, Johnny Creed, Linda Ramsey, Pam Hearn, Venetia Michael, Jerry Goodwin, Angie Huff, Debbie Scriber, Dennis Venable, and Bruce Shingleton;

**IT IS HEREBY ORDERED** that all proceedings in this matter, other than discovery limited to issues involving inmate Poullard's entitlement to pauper status and an evidentiary hearing thereon, be stayed until the Court rules on defendants' pending motions to dismiss pursuant to 28 U.S.C. §1915 or determines plaintiff's pauper status.

**IT IS FURTHER ORDERED** the deadlines to file responsive pleadings to plaintiff's original and amended complaints are extended until thirty (30) days after the Court rules upon defendants' pending motions to dismiss pursuant to 28 U.S.C. §1915 or determines plaintiff's pauper status.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this ____ day of _____, 2006.

**MARK L. HORNSBY**
**UNITED STATES MAGISTRATE JUDGE**

Denied. The court will proceed as set forth in the most recent Memorandum Order.

MLH
1-30-06