RECEIVED
MAR 22 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

RECEIVED
MAR 20 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

United States District Court
Western District of Louisiana

John Poullard     Civil Action No. 05-1019 P
v.     Judge Stagg
Kathleen Blanco, ET.AL     Magistrate Hornsby

Denied.
MJH
3-21-06

Motion To Strike Motion to Investigate Service by USM to the Amended Complaint and Supplement Docket Number 57

Now into Court come plaintiff

Plaintiff contend that he serve a copy of the Complaint upon Defendants as Required by F.R.C.P. 5(b) and they have appear in Court on the amended and supplement complaint, In their memorandum In Support of Motion For Partial Summary Judgment on page 16.

John Poullard
Plaintiff

Certificate
I certify a copy of this motion to strike has been serve upon attorney Michael L. Penn P.O. Box 94005 Baton Rouge La 71045 U.S. postage mail the 3/_/06. John Poullard