RECEIVED
BY
JUN 0 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**MINUTE ENTRY**
June 5, 2006

JOHN POULLARD                               CIVIL ACTION NO. 05-1019-P

versus                                      JUDGE STAGG

KATHLEEN BLANCO, ET AL.                     MAGISTRATE JUDGE HORNSBY

\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants Warden Goodwin and Dr. Pam Hearn have filed a **Motion for Order to File Discovery into Record (Doc. 171)**. The motion explains that it is difficult for Defendants to determine which outstanding discovery requests are directed to them. Defendants seek an order directing Plaintiff to file his discovery requests in the record to ensure that Defendants can respond appropriately to the requests directed to them.

The motion is **granted in part and denied in part**. The court does not believe that it is necessary at this point to require that the discovery requests be filed into the record. It should be sufficient at this stage of the litigation simply to (a) require that Plaintiff re-submit his discovery requests to counsel for Goodwin and Hearn; and (b) grant additional time for Goodwin and Hearn to respond.

Accordingly, no later than June 23, 2006, Plaintiff is **ordered** to re-submit to counsel for Goodwin and Hearn all discovery requests that are properly directed to Goodwin and Hearn. Plaintiff should not re-submit to counsel for Goodwin and Hearn any discovery requests that were initially directed to any other Defendant. Defendants' responses to the re-submitted requests shall be served on Plaintiff within **thirty days** of their counsel's receipt

MINUTES
June 5, 2006

of the re-submitted discovery requests. Defendants need not respond to any outstanding

discovery requests that are not re-submitted in accordance with this order.

*[signature]*