RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/7/0C
BY Om

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN POULLARD | CIVIL ACTION NO. 05-1019-P |
| versus | JUDGE STAGG |
| KATHLEEN BLANCO, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, construing petitioner's "Second Opposition Against Defendants [sic] Memorandum In Support Of Motion For Summary Judgment Failure to Exhaust Administrative Remedies" (Record Document 167) as an objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion For Partial Summary Judgment** (Record Document 108) and **Motion To Dismiss** (Record Document 157) are **GRANTED IN PART** as follows: All claims against Governor Kathleen Blanco, Patty Whittington, Secretary Richard Stalder, Johnny Creed, Linda Ramsey, Venetia Michael, Debbie Scriber and Angie Huff are dismissed for failure to exhaust administrative remedies and based on the entitlement of each of those defendants to

qualified immunity. The motions are **DENIED** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 9th day of June, 2006.

                                         TOM STAGG
                          UNITED STATES DISTRICT JUDGE