RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/5/06
BY O/m

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| JOHN POULLARD | CIVIL ACTION NO. 05-1019-P |
| versus | JUDGE STAGG |
| KATHLEEN BLANCO, ET AL. | MAGISTRATE JUDGE HORNSBY |

## **O R D E R**

Before the court is an "Objection To Order Lifting Stay Of Discovery" filed by defendants Jerry Goodwin and Pam Hearn. See Record Document 170. In light of this court's action in adopting the Report and Recommendation of Magistrate Judge Hornsby (Record Document 166), **IT IS ORDERED** that the defendants' objection (Record Document 170) be and is hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this ____ day of June, 2006.



JUDGE TOM STAGG