RECEIVED
SEP 19 2006 SMD
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JOHN POULLARD | : | CIVIL ACTION NO.: 05-1019-P |
| VERSUS | : | JUDGE: STAGG |
| KATHLEEN BLANCO, ET AL. | : | MAGISTRATE JUDGE: HORNSBY |

## ORDER

CONSIDERING THE FOREGOING:

On motion of defendants, PAM HEARN AND JERRY GOODWIN, and on suggesting to the Court that movers desire to depose witnesses to determine the relevancy of their testimony:

IT IS ORDERED that PAM HEARN AND JERRY GOODWIN be and is hereby granted permission to depose John Poullard within thirty days of the date of this order, in connection with the above captioned matter.

THUS DONE AND SIGNED in Shreveport, Caddo Parish, Louisiana on this the 19th day of September, 2006.

_____
MAGISTRATE JUDGE