U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

2006 DEC 14 P 6:03

| | | |
|---|---|---|
| JOHN POULLARD (DOC# 98999) | : | CIVIL ACTION |
| | : | NUMBER: 05-1019-P |
| VERSUS | : | JUDGE STAGG |
| KATHLEEN BLANCO, ET AL | : | MAGISTRATE JUDGE HORNSBY |

## ORDER

Considering the above and foregoing "Motion to Stay or in the Alternative, Motion for Extension of Time" to file pretrial statement:

**IT IS HEREBY ORDERED** that the Court's Order requiring defendants to file their pretrial statement be stayed until after the Court has rendered a decision on defendants' motion for summary judgment.

**IN THE ALTERNATIVE, IT IS HEREBY ORDERED** that defendants are granted an extension of time until _____ to file their pretrial statement.

Shreveport, Louisiana, this _____ day of _____, 2006.

_____
U. S. MAGISTRATE JUDGE

- 4 -

**Order**

Request for stay is denied. Defendants shall file their pretrial statements by Jan. 15, 2007. Absent extraordinary circumstances, no further extensions will be granted.

12-18-06