U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 13 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

JOHN POULLARD

versus            CIVIL ACTION NO. 05-1019
                                       JUDGE TOM STAGG

KATHLEEN BLANCO, ET AL.

## O R D E R

Before the court is the plaintiff's "Motion To Review Clerk's Taxation Of Cost [sic]." Record Document 271. In this motion, the plaintiff, John Poullard, argues that the taxation of the cost of his deposition, $1,226.50, was improper because the deposition was not used in any of the defendants' motions to dismiss nor in the defendants' motion for summary judgment.

The court agrees, finding that the taxation was improper because the deposition was not necessary as required under 28 U.S.C. § 1920 for the cost to be taxed. Accordingly;

**IT IS ORDERED** that the costs taxed to the plaintiff (Record Document 270) be reduced by $1,226.50.

Thus, the total amount taxed to the plaintiff is now $56.00.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 13th day of August, 2007.

_____
JUDGE TOM STAGG